IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hampton Jr, Culver | Case Number: 07 B 16897 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/26/08 | Filed: 9/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 335.00 | |
| Secured: | | 225.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 91.91 |
| Trustee Fee: | | 18.09 |
| Other Funds: | | 0.00 |
| Totals: | 335.00 | 335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 3,000.00 | 91.91 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 4,500.00 | 225.00 |
| 5. | HomeComings Financial Network | Secured | 12,877.04 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 716.67 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 61.26 | 0.00 |
| 8. | B-Real LLC | Unsecured | 10.00 | 0.00 |
| 9. | B-Real LLC | Unsecured | 7.50 | 0.00 |
| 10. | Chase Automotive Finance | Unsecured | 82.50 | 0.00 |
| 11. | Wells Fargo Financial | Unsecured | 138.63 | 0.00 |
| 12. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 13. | Cda/Pontiac | Unsecured | | No Claim Filed |
| | | | $ 21,393.60 | $ 316.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 18.09 |
| | $ 18.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hampton Jr, Culver | Case Number: 07 B 16897 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/26/08 | Filed: 9/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

